| | |
|---|---|
| 1 | THE LAWRENCE LAW FIRM<br>JEFFREY W. LAWRENCE (166806) |
| 2 | 201 Sansome Street, Suite 1001<br>San Francisco, CA 94104 |
| 3 | Fax: 415/454-2348<br>jeffreyl@jlawrencelaw.com |
| 4 | |
| 5 | THE MEHDI FIRM<br>AZRA Z. MEHDI (220406) |
| 6 | One Market<br>Spear Tower, Suite 3600<br>San Francisco, CA  94105 |
| 7 | Telephone:  415/293-8039<br>Fax:  415/293-8001 |
| 8 | Azram@themehdifirm.com |
| 9 | Attorneys for Plaintiff and the Proposed Class |
| 10 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>MICHAEL A. GEIBELSON (179970) |
| 11 | 2049 Century Park East, Suite 3400<br>Los Angeles, CA  90067-3208 |
| 12 | Telephone:  310/552-0130<br>Facsimile:  310/229-5800 |
| 13 | MAGeibelson@rkmc.com |
| 14 | Attorneys for Defendant<br>Best Buy Co., Inc. |
| 15 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | DEBRA WANLESS, Individually and on Behalf of All Others Similarly Situated, ) ) | Case No. CV-12-2561 SC |
| 19 | ) | CLASS ACTION |
| 20 | Plaintiff, )<br>vs. ) ) | STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME THROUGH |
| 21 | BEST BUY COMPANY, INC., and DOES 1 through 20, inclusive, ) ) | SEPTEMBER 10, 2012 TO RESPOND TO COMPLAINT AND CONTINUANCE OF |
| 22 | ) ) | CASE MANAGEMENT CONFERENCE BY THIRTY DAYS |
| 23 | Defendants. ) ) | |
| 24 | _____ ) | Current Response Date:  Aug. 27, 2012<br>Stipulated Response Date:  Sept.10, 2012<br>Current CMC:  Sept. 7, 2012 |

60622021.1

1. Pursuant to Local Rules 6-1(a), 7, and 16-10(d), Plaintiff Debra Wanless (hereinafter "Plaintiff") and Defendant Best Buy Co., Inc. (hereinafter "Defendant"), stipulate as follows:

WHEREAS, the current deadline for Defendant to respond to the Complaint is August 27, 2012;

WHEREAS, the Case Management Conference is scheduled for September 7, 2012, at 10:00 a.m.;

WHEREAS the parties met and conferred in good faith twice between August 13 and August 17, 2012 and continue to exchange substantive documents regarding the merits of the case, settlement, and the appropriateness of amending the complaint;

WHEREAS, the parties believe that an extension of time for Defendant to respond to the Complaint and the Case Management Conference would be in the interest of judicial efficiency and preserve party resources while the parties attempt to resolve this matter in good faith;

IT IS HEREBY STIPULATED by and between the parties as follows:

1. Defendant Best Buy Co., Inc. shall have to and through September 10, 2012 to respond to the Complaint.

2. The Case Management Conference shall be continued by thirty (30) days to October 8, 2012, or to a date determined by the Court.

DATED: August 20, 2012               THE LAWRENCE LAW FIRM

                                     */s/ Jeffrey W. Lawrence*
                                     JEFFREY W. LAWRENCE

                                     201 Sansome Street, Suite 1001
                                     San Francisco, CA 94104
                                     Telephone: 415/504-1601
                                     Fax: 415/454-2348
                                     jeffreyl@jlawrencelaw.com

STIPULATION                                              Case No. CV-12-2561 SC

60622021.1

| | | |
|---|---|---|
| 1 | DATED: August 20, 2012 | THE MEHDI FIRM |
| 2 | | */s/ Azra Z. Mehdi* |
| | | AZRA Z. MEHDI |

One Market
Spear Tower, Suite 3600
San Francisco, CA  94105
Telephone:  415/293-8039
Fax:  415/293-8001
Azram@themehdifirm.com

Counsel for Plaintiff and the Proposed Class

DATED: August 20, 2012    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

*/s/ Michael A. Geibelson*
MICHAEL A. GEIBELSON

2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  310/552-0130
Facsimile:  310/229-5800
MAGeibelson@rkmc.com

Attorneys for Defendant Best Buy Co., Inc.

Pursuant to General Order No. 45 Section X(B), all signatories concur in filing Stipulation for Extension of Time Through August 27, 2012 to Respond to Complaint.

Dated:  August 20, 2012    */s/ Michael A. Geibelson*
MICHAEL A. GEIBELSON

**IT IS SO ORDERED.**   Case Management Conference Continued to December 7, 2012 at 10:00 a.m.

DATED: August 24, 2012    _____
Hon. Samuel Conti
Judge, United States District Court

[SEAL: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Samuel Conti]

STIPULATION                         2                         Case No. CV-12-2561 SC

60622021.1