THE LAWRENCE LAW FIRM
JEFFREY W. LAWRENCE (166806)
201 Sansome Street, Suite 1001
San Francisco, CA 94104
Fax: 415/454-2348
jeffreyl@jlawrencelaw.com

THE MEHDI FIRM
AZRA Z. MEHDI (220406)
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
Telephone: 415/293-8039
Fax: 415/293-8001
azram@themehdifirm.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA WANLESS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BEST BUY COMPANY, INC., and DOES 1 through 20, inclusive,<br><br>　　　　　　　　Defendants. | Case No. CV-12-2561 SC<br><br>CLASS ACTION<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

WHEREAS no defendant has filed an answer to the complaint or a motion for summary judgment,

NOTICE IS HEREBY GIVEN that Plaintiff DEBRA WANLESS hereby dismisses this action with prejudice and in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED: September 28, 2012     THE MEHDI FIRM

/s/
AZRA Z. MEHDI

One Market
Spear Tower, Suite 3600
San Francisco, CA  94105
Telephone:  415/293-8039
Fax:  415/293-8001
azram@themehdifirm.com

THE LAWRENCE LAW FIRM
JEFFREY W. LAWRENCE
201 Sansome Street, Suite 1001
San Francisco, CA 94104
Telephone: 415/504-1601
Fax: 415/454-2348
jeffreyl@jlawrencelaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2012, I authorized the electronic filing of the Notice of Voluntary Dismissal with Prejudice, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 28, 2012.

/s/
AZRA Z. MEHDI

# Mailing Information for a Case 3:12-cv-02561-SC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael A. Geibelson**
  mageibelson@rkmc.com,svduenas@rkmc.com,lrbryant-wilson@rkmc.com

- **Jeffrey W. Lawrence**
  jeffreyl@jlawrencelaw.com

- **Azra Z. Mehdi**
  azram@themehdifirm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)